851 A.2d 831

**Dorothy HAHN as Guardian for the Estate and Person of Anthony Granata, an Incapacitated Person, Appellee**

v.

**ST. LUKE'S HOSPITAL, Appellant.**

Supreme Court of Pennsylvania.

Argued April 15, 2004.

Decided May 10, 2004.

Paul E. Laughlin, Bethlehem, John Jacob Hare, Charles W. Craven, Philadelphia, for St. Luke's Hosp.

Jill Hilary Miller, John T. McLane, Scranton, for Dorothy Hahn.

Before: CAPPY, C.J., CASTILLE, NIGRO, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.

Justice CASTILLE dissents and would reverse the order of the Superior Court.